ERIC HUBER (Colorado Bar No. 40664)
(appearance *pro hac vice*)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
1650 38th Street, Suite 102W
Boulder, CO 80301
(303) 449-5595
(303) 449-6520 (facsimile)
eric.huber@sierraclub.org

GREGORY E. WANNIER (California Bar No. 275349)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
85 Second Street, Second Floor
San Francisco, CA 94105
(415) 977-5646
(415) 977-5793 (facsimile)
greg.wannier@sierraclub.org

REED SUPER (California Bar No. 164706)
SUPER LAW GROUP, LLC
411 Street, Suite 2R
Brooklyn, NY 11217
(212) 242-2273
(855) 242-7956 (facsimile)
reed@superlawgroup.com

*Attorneys for Plaintiffs Sierra Club, Inc., Center for Biological Diversity, Waterkeeper Alliance, Inc., California Coastkeeper Alliance, Riverkeeper, Inc., Louisiana Environmental Action Network, Suncoast Waterkeeper, Inc., and Humboldt Baykeeper*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE SIERRA CLUB, INC., CENTER FOR BIOLOGICAL DIVERSITY, WATERKEEPER ALLIANCE, INC., CALIFORNIA COASTKEEPER ALLIANCE, RIVERKEEPER, INC., LOUISIANA ENVIRONMENTAL ACTION NETWORK, SUNCOAST WATERKEEPER, INC., and HUMBOLDT BAYKEEPER,<br><br>     Plaintiffs, | Case No. C 14-5141-EMC<br><br>**PLAINTIFFS' VOLUNTARY DISMISSAL** |

v.

UNITED STATES NATIONAL MARINE FISHERIES SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE,

    Defendants.

## PLAINTIFFS' VOLUNTARY DISMISSAL

**COME NOW** Plaintiffs pursuant to F.R.C.P. 41(a)(1)(A)(i) and dismiss this lawsuit, with all parties to bear their own costs and fees.

This dismissal is in accordance with the Joint Stipulation and Order [ECF No. 50] in this case; and with the order of the Second Circuit dated April 14, 2015, granting the parties' joint motion to add the National Marine Fisheries Service and U.S. Fish and Wildlife Service (jointly "the Services") as respondents in *Cooling Water Intake Structure Coalition v. EPA*, No. 14-4645 (lead case) and consolidated cases; the amendment of the petitions in those cases to include the challenges to the Services' biological opinion and incidental take statement on the EPA's Clean Water Act 316(b) Rule, 79 Fed. Reg. 48,300 (August 15, 2014); and the subsequent intervention of the non-petitioning Plaintiffs from this case into the Second Circuit cases.

Dated: May 22, 2015

                            Respectfully submitted:

                            <u>s/ Eric Huber</u>
                            ERIC E. HUBER, Colo. Bar No. 40664
                            (appearance *pro hac vice*)
                            SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
                            1650 38th Street, Suite 102W
                            Boulder, Colorado 80301
                            Telephone: (303) 449-5595
                            Facsimile: (303) 449-6520

GREGORY E. WANNIER, California Bar No. 275349
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
85 Second Street, Second Floor
San Francisco, CA 94105
Telephone: (415) 977-5646
Facsimile: (415) 977-5793

REED SUPER, Cal. Bar No. 164706
SUPER LAW GROUP, LLC
411 State Street, Suite 2R
Brooklyn, NY 11217
Telephone: (212) 242-2273
Facsimile: (855) 242-7956

*Attorneys for Plaintiffs*

IT IS SO ORDERED
_____
Edward M. Chen
U.S. District



3
PLAINTIFFS' VOLUNTARY DISMISSAL
CASE NO. C 14-5141 EMC